# EXHIBIT A



Case 3:20-cv-01423-TSH Document 1-1 Filed 02/25/20 Page 2 of 9





## Dachshund Longhaired Vector Art DC338

## Dachshund Sitting Smooth Vector Art DC337

## English Mastiff Vector Art DC363









## Quarter Horse Vector Art DC740

## Saint Bernard Vector Art DC377

## Shih Tzu Vector Art DC651



### Siberian Husky Vector Art DC386

### Smiling Pit Bull Vector Art DC281

