VICTOR JIH (SBN 186515)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Ste. 1550
Los Angeles, CA  90071-2027
Telephone: (323) 210-2900
Facsimile:  (866) 974-7329
Email: vjih@wsgr.com

JAMIE Y. OTTO (SBN 295099)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email: jotto@wsgr.com

*Attorneys for Defendant*
TEESPRING, INC.

STEPHEN M. DONIGER (SBN 179314)
stephen@donigerlawfirm.com
SCOTT ALAN BURROUGHS (SBN 235718)
scott@donigerlawfirm.com
TREVOR W. BARRETT (SBN 287174)
tbarrett@donigerlawfirm.com
JUSTIN M. GOMES (SBN 301793)
jgomes@donigerlawfirm.com
DAVID R. SHEIN (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*
NICKERSTICKERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICKERSTICKERS, INC., | CASE NO.:  3:20-cv-01423-RS (SK) |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| TEESPRING, INC., | |
| Defendant. | |

1    Plaintiff NickerStickers, Inc., by and through its attorneys of record, and Defendant

2    Teespring, Inc., by and through its attorneys of record, hereby notify the Court that the parties

3    have settled this matter.  Consequently, pursuant to Rule 41 (a)(1)(A)(ii), the parties stipulate and

4    agree that the above-entitled action be dismissed with prejudice, with each party to bear its own

5    costs and attorney fees and that a judgment of dismissal with prejudice be entered in the above-

6    captioned action pursuant to this stipulation of dismissal with prejudice.

7    WHEREFORE the parties pray for an Order from the Court dismissing this action with

8    prejudice.

9

10    Dated:  October 30, 2020                    */s/ Jamie Y. Otto*
                                                    Jamie Y. Otto
11                                                  WILSON SONSINI GOODRICH & ROSATI

12                                                  *Attorneys for Defendant*
                                                    TEESPRING, INC.
13

14    Dated:  October 30, 2020                    */s/ David R. Shein*
                                                    David R. Shein
15                                                  DONIGER / BURROUGHS

16
                                                    *Attorneys for Plaintiff*
17                                                  NICKERSTICKERS, INC.

18

19

20    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22    Dated:   October 30, 2020

                                                    RICHARD SEEBORG
23                                                  United States District Judge

24

25

26

27

28

STIPULATION OF DISMISSAL WITH               -1-                    Case No. 3:19-cv-01493-RS
PREJUDICE